1  David P. Enzminger (SBN: 137065)
   denzminger@winston.com
2  James C. Lin (SBN: 271673)
   jalin@winston.com
3  WINSTON & STRAWN LLP
   275 Middlefield Road, Suite 205
4  Menlo Park, California 94025-4004
   Telephone:    (650) 858-6500
5  Facsimile:    (650) 858-6550

6  Michael A. Tomasulo (SBN: 179389)
   mtomasulo@winston.com
7  Gino Cheng (SBN: 259208)
   gcheng@winston.com
8  David K. Lin (SBN: 278404)
   dlin@winston.com
9  WINSTON & STRAWN LLP
   333 South Grand Avenue, 38th Floor
10 Los Angeles, CA 90071-1543
   Telephone:    (213) 615-1700
11 Facsimile:    (213) 615-1750

12 Dan K. Webb (pro hac vice)
   dwebb@winston.com
13 Kathleen B. Barry (pro hac vice)
   kbarry@winston.com
14 WINSTON & STRAWN LLP
   35 West Wacker Drive
15 Chicago, IL 60601-9703
   Telephone:    (312) 558-5600
16 Facsimile:    (312) 558-5700

17 Attorneys for Plaintiffs
   TAKE-TWO INTERACTIVE SOFTWARE,
18 INC., ROCKSTAR GAMES, INC., AND
   2K SPORTS, INC.

PAUL ANDRE (SBN: 196585)
pandre@kramerlevin.com
LISA KOBIALKA (SBN: 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (SBN. 237978)
jhannah@kramerlevin.com
KRAMER LEVIN NAFTALIS &
FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

Attorneys for Defendant
ACCELERATION BAY LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TAKE-TWO INTERACTIVE SOFTWARE, INC., a Delaware Corporation, ROCKSTAR GAMES, INC., a Delaware Corporation, and 2K SPORTS, INC., a Delaware Corporation, <br><br> Plaintiffs, <br><br> v. <br><br> ACCELERATION BAY LLC, a Delaware Limited Liability Corporation, <br><br> Defendant. | Case No. 3:16-cv-03377-RS <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE BRIEFING AND HEARING FOR ACCELERATION BAY LLC'S MOTION TO DISMISS OR TRANSFER PLAINTIFFS' COMPLAINTS** <br><br> Date: September 1, 2016 <br> Time: 1:30 pm <br> Courtroom: 3, 17th Floor <br> Before: Honorable Richard Seeborg |

Pursuant to Civil Local Rule 6-2, Plaintiffs Take-Two Interactive Software, Inc. ("Take Two"), Rockstar Games, Inc. ("Rockstar"), 2K Sports, Inc. ("2K"), Activision Blizzard, Inc. ("Activision"), and Electronics Art, Inc. ("EA") (collectively, "Plaintiffs") and Defendant Acceleration Bay LLC ("Defendant"), by and through their respective counsel, do hereby stipulate and agree to the following:

**WHEREAS**, Plaintiffs filed Complaints against Defendant in Civil Action Nos. 3:16-cv-03375-RS, 3:16-cv-03377-RS, and 3:16-cv-03378-RS on June 16, 2016 (the "Actions");

**WHEREAS**, the parties filed a Joint Administrative Motion to Consider Whether Cases Should be related on July 1, 2016;

**WHEREAS**, the Court granted the parties' Motion to Relate Cases Civil Action Nos. 3:16-cv-03375-RS, 3:16-cv-03377-RS, and 3:16-cv-03378-RS on July 5, 2016;

**WHEREAS**, Defendant recently filed a Motion to Dismiss or Transfer Take-Two Interactive Software, et al.'s Complaint ("Motion") on July 11, 2016 and filed Motions to Dismiss or Transfer in related Civil Action Nos. 3:16-cv-03375-RS and 3:16-cv-03378-RS on July 15, 2016;

**WHEREAS**, on July 13, 2016, counsel for the parties met and conferred pursuant to Fed. R. Civ. P. 16 and this Court's Local Rules;

**WHEREAS**, the parties agree to streamline the briefing associated with the Motion and to have a single Opposition brief and a single Reply brief filed in all three actions in light of the fact that Defendant's Motions seek the same relief and having separate deadlines in the three actions will result in unnecessary duplicate filings.

**WHEREAS**, the parties further agree to modify the deadline for the Opposition brief in all three actions to be due by July 29, 2016.

**WHEREAS**, the parties further agree to modify the deadline for the Reply brief in all three actions to be due by August 8, 2016.

**WHEREAS**, the requested modification to the Motion's briefing schedule will have no effect on the schedule for this case, and the proposed hearing date of September 1, 2016 for the Motion remains the same as requested in Plaintiff's Motion.

**IT IS HEREBY STIPULATED AND AGREED** by the parties that Plaintiffs will file a

1

JOINT STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE BRIEFING AND HEARING FOR ACCELERATION BAY LLC'S MOTION TO DISMISS OR TRANSFER PLAINTIFFS' COMPLAINTS – CASE NO.: 3:16-CV-03377-RS

single Opposition brief to the Motion in all three actions by July 29, 2016, Defendant will file a single Reply brief in support of the Motion in all three actions by August 8, 2016, and the proposed hearing date for the Motion remains on September 1, 2016, or such other date thereafter that is convenient for the Court.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:  July 19, 2016        WINSTON & STRAWN LLP

By   */s/ David P. Enzminger*
      David P. Enzminger
      James C. Lin
      Michael A. Tomasulo
      Gino Cheng
      David K. Lin
      Dan K. Webb
      Kathleen B. Barry

      Attorneys for Plaintiffs
      TAKE-TWO INTERACTIVE SOFTWARE, INC., ROCKSTAR GAMES, INC. and 2K SPORTS, INC.

Dated:  July 19, 2016        KRAMER LEVIN NAFTALIS & FRANKEL LLP

By   */s/ Lisa Kobialka*
      PAUL ANDRE
      LISA KOBIALKA
      JAMES HANNAH
      990 Marsh Road
      Menlo Park, CA 94025
      Telephone: (650) 752-1700
      Facsimile: (650) 752-1800
      pandre@kramerlevin.com
      lkobialka@kramerlevin.com
      jhannah@kramerlevin.com

      Attorneys for Defendant
      ACCELERATION BAY LLC

**ATTESTATION**

I, David P. Enzminger, am the ECF user whose ID and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE BRIEFING AND HEARING FOR ACCELERATION BAY LLC'S MOTION TO DISMISS OR TRANSFER PLAINTIFFS' COMPLAINTS.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Defendant's counsel, Lisa Kobialka, has concurred in this filing.

By: _/s/ David P. Enzminger_
David P. Enzminger

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: 7/20/16

JUDGE HON. RICHARD SEEBORG